# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GORDON GILLESPIE )<br>) | Nos. 3:20-CR-6,<br>3:18-CR-79 |

## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted an initial appearance and arraignment immediately followed by a plea hearing in this case on February 12, 2020. At the hearing, defendant waived his right to an indictment and entered a plea of guilty to Count One of the Information, that is, of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1), in accordance with the factual basis set forth by the government. On the basis of the record made at the hearing, I find the defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; the defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, I **RECOMMEND** that defendant's plea of guilty to Count One of the Information, that is, of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1), be accepted, and the Court adjudicate defendant guilty of the charge in Count One of the Information that is of being a felon in possession of a firearm

1

and ammunition, in violation of 18 U.S.C. §§ 922(g)(1). I further **RECOMMEND** defendant remain in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

_____
C. Clifford Shirley,
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen (14) days after the plea hearing. Failure to file objections within fourteen (14) days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).