UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:20-CR-6, 3:18-CR-79 |
| ) | |
| GORDON GILLESPIE ) | |

## **ORDER**

Magistrate Judge C. Clifford Shirley filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count One of the Information, that is, of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1); (2) adjudicate Defendant guilty of the charges set forth in Count One of the Information; and (3) find Defendant shall remain in custody until sentencing in this matter [R. 7]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 7] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Information, that is, of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1), is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Information;

(3) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **June 8, 2020 at 1:30 p.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE